

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-12-00162-CR

JASON WASHINGTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 114th District Court
Smith County, Texas
Trial Court No. 114-0773-12

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

As part of the appellate record in this matter, original exhibits were transferred to this Court for our use when this appeal was before us. Specifically, original documents marked "State's Exhibit 1" and "State's Exhibit 2" were transferred to this Court. It appears to this Court that the proper repository for these exhibits should be the Smith County District Clerk's Office. Accordingly, we order the clerk of this Court to transfer the original exhibits filed in this appeal into the keeping of the Smith County District Clerk by mailing the exhibits to the district clerk via certified mail, return receipt requested.

We further order the Smith County District Clerk, Lois Rogers, on receipt of said exhibits, to sign and return to this Court the enclosed receipt for said exhibits.

IT IS SO ORDERED.

BY THE COURT

Date:  December 22, 2014

RECEIPT FOR ORIGINAL EXHIBITS

I, Lois Rogers, Smith County District Clerk, hereby acknowledge receipt of the following original exhibits from the Court of Appeals, Sixth Appellate District, State of Texas, in the case of *Jason Washington v. The State of Texas*, appellate cause number 06-12-00162-CR, trial court cause number 114-0773-12:  original documents marked "State's Exhibit 1" and "State's Exhibit 2."

 

_____
Lois Rogers
Smith County District Clerk

Date:  _____